**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------
KENNETH CHIESA,

                      Plaintiff,

        v.                                  No. 1:09-CV-1178
                                                (GLS/DRH)

CENTRAL CREDIT SERVICES, INC.,

                      Defendant.
-----------------------------------------------------------------------

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

      The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled.  Counsel has also advised Judge Homer that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

      **ORDERED** that:

           1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

           2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: November 17, 2010
        Albany , New York

Gary L. Sharpe
U.S. District Judge